JMK:LKG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

DIEGO MARADONA HYLTON,

    Defendant.

- - - - - - - - - - - - - - - - X

S U P P L E M E N T A L
A F F I D A V I T

(21 U.S.C. §§ 952(a) and 960)

15-M-743

EASTERN DISTRICT OF NEW YORK, SS:

    JONATHAN PAPLOW, being duly sworn, deposes and states that he is a Special Agent with Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such. This affidavit is submitted to supplement the complaint filed in this matter on August 10, 2015.

    Commencing on or about August 9, 2015, the defendant DIEGO MARADONA HYLTON passed a total of 60 pellets with a total gross weight of approximately 924.4 grams of cocaine.

WHEREFORE, your deponent respectfully requests that the defendant DIEGO MARADONA HYLTON be dealt with according to law.

                                                                                          _____
                                                                                          JONATHAN PAPLOW
                                                                                          Special Agent
                                                                                          HSI

Sworn to before me this
11th day of August, 2015

_____
THE HONORABLE LOIS BLOOM
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK